SUMMERS, Justice, is of the opinion that the Court's statements concerning unlicensed physicians as referred to in La. R.S. 37:1284 are erroneous. However, since the opinion concedes the doctors involved were licensed, I agree the result reached is proper.

241 So.2d 253

**Howard HERBERT**

**v.**

**TRAVELERS INDEMNITY COM-PANY et al.**

**No. 50962.**

Nov. 25, 1970.

Writ refused. On the facts found by the Court of Appeal the result is correct.

SUMMERS, Justice, is of the opinion the reduction of quantum is contrary to the rule of Gaspard v. LeMaire, 245 La. 239, 158 So.2d 149 (1963) and the cases which have applied that rule. Although paying lip service to that rule of law, the Court of Appeal has violated its spirit.